United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 21, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————

No. 05-10645
Conference Calendar

———————

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

LESLIE REDMOND

Defendant-Appellant

———————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:03-CR-377-ALL

———————

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Leslie Redmond has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Redmond has filed a response. The record is insufficiently developed to allow consideration at this time of Redmond's claims of ineffective assistance of counsel. See United States v. Cantwell, 470 F.3d 1087, 1091 (5th Cir. 2006). Our independent review of the record, counsel's brief, and Redmond's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for

———————

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.